UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SKYROCKET, LLC d/b/a SKYROCKET TOYS LLC,

                Plaintiff

    -against-

COMEYUN, F2TOYDH, HELLOTANGTANG, HUANGCC31, JOY4TOY, ONETOYS, PINK350, PINK700, PINKTN, VMNICE, YAN350 and YUN350,

                Defendants.

**ORDER**

19-cv-11623 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

      No Defendant in this action has responded to the Complaint or otherwise appeared, and there has been no activity on the docket since January 2, 2020. Accordingly, by **December 21, 2020**, Plaintiff will move for a default judgment or show cause why this action should not be dismissed for failure to prosecute. Any application for a default judgment must comply with this Court's Individual Rules of Practice for Civil Cases.

Dated: New York, New York
       December 7, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

i