UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SKYROCKET, LLC D/B/A SKYROCKET TOYS LLC,<br><br>*Plaintiff*<br><br>v.<br><br>COMEYUN, F2TOYDH, HELLOTANGTANG, HUANGCC31, JOY4TOY, ONETOYS, PINK350, PINK700, PINKTN, VMNICE, YAN350 and YUN350,<br><br>*Defendants* | **ORDER OF DEFAULT**<br><br>19 Civ. 11623 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        WHEREAS the Complaint was filed on December 19, 2019 (Dkt. No. 6);

        WHEREAS this Court granted Plaintiff's ex parte application for a temporary restraining order; an order restraining assets and Merchant Storefronts; an order to show cause why a preliminary injunction should not issue; an order authorizing alternative service by electronic means; and an order authorizing expedited discovery (Dkt. No. 16);

        WHEREAS this Court issued a preliminary injunction on January 2, 2020 (id.);

        WHEREAS Plaintiffs served the Summons and Complaint on each Defendant on December 24, 2019, in accordance with the order authorizing alternative service (Dkt. No. 17);

        WHEREAS Defendants have not appeared in this action or responded in any fashion to the Complaint (Cert. of Default (Dkt. No. 22));

        WHEREAS Plaintiff voluntarily dismissed as to Defendant Huangcc31 on December 22, 2020 (Dkt. No. 28);

        WHEREAS, on December 22, 2020, this Court ordered Defendants to show cause

why a default judgment should not be entered against them and scheduled a hearing for January 21, 2021 (Dkt. No. 29);

WHEREAS Plaintiffs served notice of the hearing on the Defaulting Defendants by the alternative service methods authorized in the Court's December 19, 2019 Order (Dkt. No. 30);

WHEREAS Defendants have filed no opposition to Plaintiff's motion for a default judgment and did not appear at the January 21, 2021 hearing;

WHEREAS, for the reasons discussed at the January 21, 2021 hearing, Plaintiff has not established a basis for the Court to exercise personal jurisdiction over Defendant Pink700;

It is hereby ORDERED that default is entered against Defendants Comeyun, F2toydh, Hellotangtang, Joy4toy, Onetoys, Pink350, Pinktn, Vmnice, Yan350 and Yun350, and that this matter is referred to Magistrate Judge Lehrburger for an inquest into damages. The Clerk of Court is directed <u>not</u> to close this case.

Dated: New York, New York
       January 22, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge