UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SKYROCKET, LLC, d/b/a Skyrocket Toys LLC,

                Plaintiff,                              19 **CIVIL** 11623 (PGG)(RWL)

       -against-                                      **JUDGMENT**

COMEYUN, F2TOYDH, HELLOTANGTANG,
HUANGCC31, JOY4TOY, ONETOYS,
PINK350, PINK700, PINKTN, VMNICE,
YAN350, and YUN350,
                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 13, 2022, the R&R is adopted in its entirety, and Plaintiff is awarded $50,000 in statutory damages against each Defaulting Defendant. Post-judgment interest is awarded using the federal rate set forth in 28 U.S.C. § 1961, calculated from the date the judgment is entered in this action until the date of payment. Because Plaintiff has not provided a basis for this Court to exercise personal jurisdiction over Defendant Pink700, Plaintiff's claims against Defendant Pink700 are dismissed without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York
         July 14, 2022

                                                    **RUBY J. KRAJICK**

                                                    **Clerk of Court**
                         **BY:**    *K. Mango*
                                                   **Deputy Clerk**